# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Daniel Rodriguez

_____,
                    Plaintiff(s),

                    v.

County of Contra Costa, et
al._____,
                    Defendant(s).
_____/

CASE NO.  C13-02516 SBA

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

        Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- ☐ Non-binding Arbitration (ADR L.R. 4)
- ☐ Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- ☑ Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR must participate in an
ADR phone conference and may not file this form. They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ☐ Private ADR *(please identify process and provider)* _____.

_____

The parties agree to hold the ADR session by:
- ☐ the presumptive deadline *(The deadline is 90 days from the date of the order
  referring the case to an ADR process unless otherwise ordered.)*

- ☑ other requested deadline   _120 days from the date of the order_

Dated: 8/26/13

Dated: 8/22/13

Dated: 8/26/13

CONTINUE TO FOLLOWING PAGE

_____
Attorney for Plaintiff

  /s/ James V. Fitzgerald, III
Attorney for Defendant

Attorney for Defendant

**[PROPOSED] ORDER**

☒    The parties' stipulation is adopted and IT IS SO ORDERED.
☐    The parties' stipulation is modified as follows, and IT IS SO ORDERED.

Dated:   8/27/2013

*Sandra B Armstrong*

UNITED STATES DISTRICT JUDGE

---

When filing this document in ECF, please be sure to use the appropriate Docket Event, e.g., "Stipulation and Proposed Order Selecting Mediation."

Rev. 12/11