JAMES V. FITZGERALD, III (State Bar No. 55632)
NOAH G. BLECHMAN (State Bar No. 197167)
PETRA BRUGGISSER (State Bar No. 241173)
McNAMARA, NEY, BEATTY, SLATTERY,
BORGES & AMBACHER LLP
1211 Newell Avenue
Walnut Creek, CA 94596
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendants
County of Contra Costa, Oakley Police Department, City of Oakley, and Roger Canady

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RODRIGUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF CONTRA COSTA, OAKLEY POLICE DEPARTMENT, CITY OF OAKLEY, PITTSBURG POLICE DEPARTMENT, CITY OF PITTSBURG, ROGER CANADY, individually and in his capacity as a police officer for the City of Oakley; and DOES 1-50, inclusive,<br><br>Defendant. | Case No. C13-2516 SBA<br><br>**STIPULATION AND ORDER TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE JACQUELINE SCOTT CORLEY**<br><br>Judge: Hon. Saundra B. Armstrong |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this action, through their respective counsel of record, as follows:

WHEREAS this civil rights action is currently pending in the above entitled Court before the Honorable District Court Judge Saundra Brown Armstrong.

WHEREAS the parties have met and conferred and all now agree and hereby stipulate to consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial and order of entry of a final judgment according to 28 U.S.C. § 636(c). Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.  The parties agree and hereby request to have the case transferred to Magistrate

Judge Jacqueline Scott Corley for any and all further proceedings.

Dated: January _20_, 2014    McNamara, Ney, Beatty, Slattery,
                              Borges & Ambacher LLP

                              By: __/s/ Fitzgerald, James V., III_____
                                    James V. Fitzgerald, III
                                    Noah G. Blechman
                                    Petra Bruggisser
                                    Attorneys for Defendants
                                    County of Contra Costa, Oakley Police Department,
                                    City of Oakley, and Roger Canady

Dated: January _20_, 2014

                              By: __/s/ Ladva, Ashwin_____
                                    Ashwin Ladva
                                    Attorney for Plaintiff

Dated: January _20_, 2014    Low, Ball & Lynch

                              By: __/s/ Allen, Kevin P._____
                                    Dale L. Allen, Jr.
                                    Kevin P. Allen
                                    Attorneys for Defendants
                                    City of Pittsburg

## ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED THAT**

This pending civil action is transferred to Magistrate Judge Jacqueline Scott Corley for all further proceedings. An order will be issued to the parties regarding a Case Management Conference with Magistrate Judge Jacqueline Scott Corley.

**IT IS SO ORDERED**

DATED: __1/21/2014__

*Saundra B. Armstrong*
Hon. Saundra B. Armstrong
United States District Court Judge